IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JYSK BED'N LINEN, d/b/a<br>By Design Furniture, as<br>successor to Quick Ship Holding,<br>Inc., d/b/a By Design Furniture,<br><br>    Plaintiff,<br><br>v.<br><br>MONOSIJ DUTTA-ROY<br><br>    Defendant.<br>_____ | Case No.: 1:12-cv-03198-TWT |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN DEFENDANT

On March 21, 2013 a hearing was held upon Plaintiff's Motion for Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure against Monosij Dutta-Roy (the "Defendant"), and the Court having considered the full record and all submissions and arguments of counsel the Court finds the Plaintiff's motion well taken. For reasons stated by the Court on the record during

the hearing, which shall constitute the decision of the Court, the Court **HEREBY ENJOINS** the Defendant from:

    I. Doing anything with or to the registration of the bydesignfurniture.com domain that would cause the Plaintiff's website to be unable to be accessed by the public, or result in the removal of the domain from the internet;

    II. Transferring ownership of the bydesignfurniture.com domain to anyone, other than the Plaintiff;

    III. Doing anything that would cause a change in the current status quo of the bydesignfurniture.com domain and website.

As a condition of the preliminary injunction, Plaintiff is ordered to post a bond in the amount of $1,000.00 to secure payment of any damages sustained by Defendant if it is later found to have been wrongfully enjoined.  This Order shall become effective upon posting of the bond.

**IT IS SO ORDERED.**

                /s/Thomas W. Thrash
                **THE HONORABLE THOMAS W. THRASH, JR.**
                **JUDGE, UNITED STATES DISTRICT COURT**

**DATED:  March 28, 2013**